```
                    FILED
            CLERK, U.S. DISTRICT COURT

              June 21, 2022

        CENTRAL DISTRICT OF CALIFORNIA
        BY:  D. Brown  DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael David Walker Bridge, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:99-cr-01109-TJH <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ( )    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

        ( )    information in the Pretrial Services Report and Recommendation

        ( )    information in the violation petition and report(s)

        ( )    the defendant's nonobjection to detention at this time

        ( )    other: _____

| | | |
|---|---|---|
| 1 | | and/ or |
| 2 | B. (×) | The defendant has not met his/her burden of establishing by clear and |
| 3 | | convincing evidence that he/she is not likely to pose a danger to the safety |
| 4 | | of any other person or the community if released under 18 U.S.C. |
| 5 | | § 3142(b) or (c).  This finding is based on the following: |
| 6 | | (×)   information in the Pretrial Services Report and Recommendation |
| 7 | | (×)   information in the violation petition and report(s) |
| 8 | | ( )   the defendant's nonobjection to detention at this time |
| 9 | | (×)   other: Extensive criminal history; Allegation of new criminal |
| 10 | | conduct; Substance abuse |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 21, 2022

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE